# United States District Court
## Southern District of Georgia

MARTIZ DEVARIO TILLER,

        Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 319-066

AUGUSTA UNIVERSITY MEDICAL CENTER; OFFICE OF HEALTH SERVICES UTILIZATION MANAGEMENT, Georgia Department of Corrections; MRS. LEMON; MS. YAWN; TIMOTHY C. WARD; and MS. VICKS,

        Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated April 14, 2020, the Magistrate Judge's Report and Recommendation is ADOPTED as the Court's opinion; therefore, the Court OVERRULES Plaintiff's objections and Plaintiff's Amended Complaint is hereby DISMISSED for failure to state a claim. This action stands CLOSED.



04/14/2020           John E. Triplett, Acting Clerk
Date           Clerk

*Jamie Hodge*
(By) Deputy Clerk